AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:21-mj-00528 |
| Edward McAlanis | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 7/14/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Edward McAlanis                                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    07/14/2021                                                                                                 */s/ Robin M. Meriweather*
                                                                                                                              *Issuing officer's signature*

City and state:          Washington, D.C.                                                Robin M. Meriweather, U.S. Magistrate Judge
                                                                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 07/14/21 , and the person was arrested on *(date)* 07/20/21
at *(city and state)* Stevens, Pennsylvania .

Date: 7/20/2021                                                                                                          *Neil Larson*
                                                                                                                              *Arresting officer's signature*

                                                                                                                Neil Larson    Task Force Officer
                                                                                                                         *Printed name and title*